888

the opinion certiorari should be granted. *Leslie W. Morris* for petitioner. *James Park* for respondent.

No. 371. Los Angeles County Pioneer Society *v.* Historical Society of Southern California et al. Supreme Court of California. Certiorari denied. *Morris Lavine* for petitioner. *Edmund G. Brown,* Attorney General, *Frank J. Mackin,* Assistant Attorney General, and *Edward Sumner,* Deputy Attorney General, for the State of California; and *Oscar Lawler* for the Historical Society of Southern California, respondents.

No. 376. Paul *v.* United States et al. C. A. 3d Cir. Certiorari denied. Mr. Justice Douglas is of the opinion that certiorari should be granted. *Abraham E. Freedman, Charles Lakatos* and *Joseph Weiner* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Burger* and *Samuel D. Slade* for respondents.

No. 8, Misc. Bigness *v.* Nevada. Supreme Court of Nevada. Certiorari denied. *F. Morgan Anglim* for petitioner. *W. T. Mathews,* Attorney General of Nevada, *Geo. P. Annand, William N. Dunseath, John W. Barrett,* Deputy Attorneys General, and *Alan Bible* for respondent.

No. 42, Misc. Slack *v.* United States. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Acting Solicitor General Stern, Assistant Attorney General Olney, Beatrice Rosenberg* and *Edward S. Szukelewicz* for the United States.

No. 76, Misc. Bradford *v.* Byers, U. S. District Judge. C. A. 2d Cir. Certiorari denied.